*Form L247* (3/23)–doc 3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Clayton Gupta | ) | Case No. 26–10585–pmm |
| Debtor(s) | ) | Chapter 7 |
| | ) | |
| R. S. | ) | |
| Plaintiff(s) | ) | |
| | ) | Adversary No. 26–00135–pmm |
| v. | ) | |
| | ) | |
| Clayton Gupta | ) | |
| Defendant(s) | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before May 26, 2026, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before May 28, 2026.

Address of the clerk

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name/Address of Plaintiff's Attorney

DEBORAH R STAMBAUGH
Wisler Pearlstine, LLP
45 Liberty Blvd.
Suite 230
Malvern, PA 19355

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



For The Court

Mohung Wong
Clerk of Court

Date: April 23, 2026