UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>  CLAYTON GUPTA,<br><br><br>            Debtor. | Chapter 7 Case No. 26-10585-pmm |
| R.S.,<br><br><br>            Plaintiff,<br><br>   -against-<br><br>Clayton Gupta<br>1229 Chestnut Street, 1516<br>Philadelphia, PA 19107<br><br><br>            Defendant. | Adversary Case No.   26-00135-pmm<br><br>Bankruptcy Judge |

### ORDER GRANTING MOTION FOR ADMISSION
### *PRO HAC VICE* OF DANIEL S. SZALKIEWICZ

UPON CONSIDERATION the Motion for Admission *Pro Hac* of Daniel S. Szalkiewicz,

IT IS HEREBY ORDERED that the Motion is GRANTED and Daniel S. Szalkiewicz is

hereby admitted to appear pro hac vice before the Court and to participate in the above-captioned

adversary proceedings as counsel for R.S.

Dated: **May 5, 2026**

_____
Hon. Patricia M. Mayer