United States Bankruptcy Court

Eastern District of Pennsylvania

S.,

    Plaintiff

Gupta,

    Defendant

Adv. Proc. No. 26-00135-pmm

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 05, 2026 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | DANIEL SZALKIEWICZ, Veridian Legal P.C.,, 23 West 73rd Street, Suite 102, New York, NY 10023-3104 |
| ust | + | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| dft | + | Clayton Gupta, 1229 Chestnut Street 1516, Philadelphia, PA 19107-4150 |
| pla | + | R. S., C/O Veridian Legal PC, 23 West 73rd Street, New York, NY 10023-3104 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 06 2026 02:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 06 2026 02:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 06 2026 02:04:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026          Signature:      /s/Gustava Winters

District/off: 0313-2

User: admin

Page 2 of 2

Date Rcvd: May 05, 2026

Form ID: pdf900

Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

**Name**                     **Email Address**

DEBORAH R STAMBAUGH

on behalf of Plaintiff R. S. dstambaugh@wispearl.com

TOTAL: 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  | Chapter 7 Case No. 26-10585-pmm |
|---|---|
| In Re:<br><br>    CLAYTON GUPTA,<br><br>                      Debtor. | |
| R.S.,<br><br>                      Plaintiff,<br><br>   -against-<br><br>Clayton Gupta<br>1229 Chestnut Street, 1516<br>Philadelphia, PA 19107<br><br>                     Defendant. | Adversary Case No.   26-00135-pmm<br><br>Bankruptcy Judge |

## ORDER GRANTING MOTION FOR ADMISSION
## *PRO HAC VICE* OF DANIEL S. SZALKIEWICZ

UPON CONSIDERATION the Motion for Admission *Pro Hac* of Daniel S. Szalkiewicz,

IT IS HEREBY ORDERED that the Motion is GRANTED and Daniel S. Szalkiewicz is

hereby admitted to appear pro hac vice before the Court and to participate in the above-captioned

adversary proceedings as counsel for R.S.

Dated: **May 5, 2026**

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer